## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

January 27, 2003



MEMORANDUM TO COUNSEL RE:

Page v. Honeywell Technology Solutions, Inc.
Civil No. AMD 03-105

    As you are aware, this case was transferred to this district by the United States District Court for the District of Columbia. It appears that Mr. Hartnett is not admitted in this district, but that may not be true. In any event, Mr. Hartnett should immediately see to his admission to the bar of this court (assuming he is eligible) and/or arrange for local counsel. Defendant shall file its answer to the complaint on or before February 10, 2003. I will issue one of our standard scheduling orders upon the filing of the answer.

    I look forward to your presentations in this case.

    Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt