**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REGINA PAGE,        ) | |
| )  | |
| Plaintiff,        ) | |
| )  | |
| v.        ) | **Civil Action No.** |
| )  | **03-CV-105 (AMD)** |
| HONEYWELL TECHNOLOGY        ) | |
| SOLUTIONS INC.        ) | |
| )  | |
| Defendant.        ) | |

**JOINT REPORT REGARDING REQUEST FOR EARLY**
**SETTLEMENT/ADR CONFERENCE; DEPOSITION HOURS;**
**AND CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

In response to the Court's Scheduling Order, counsel for Honeywell Technology

Solutions Inc. have conferred with Douglas Hartnett, Esq., counsel for the Plaintiff, and have

reached the following agreements:

1.     The parties agree to 20 hours per side for depositions of fact witnesses.

2.     The parties believe that an early settlement/ADR conference would be productive

at this time.

3.     The parties do not consent to proceed before a United States Magistrate Judge.

Dated:  March 13, 2003          Respectfully submitted,

_____
Grace E. Speights (Bar # 05254)
Robyn B. Weiss (Bar # 14594)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5189
(202) 739-3001 (facsimile)

Counsel for Defendant Honeywell Technology
Solutions Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a copy of the foregoing Joint Report this 13th day of March

via first-class mail, postage prepaid on the following:

> F. Douglas Hartnett, Esq.
> 1421 Van Buren Street, N.W.
> Washington, D.C. 20012

_____

Robyn B. Weiss