IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REGINA PAGE<br>305 Whittier Street, NW #202<br>Washington, DC 20012<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL TECHNOLOGY SOLUTIONS, INC.<br>7000 Columbia Gateway Drive<br>Columbia, MD 21046<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. AMD 03-105<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Mr. Hartnett, Counsel to Plaintiff, Regina Page, hereby reluctantly submits this motion to withdraw from the above captioned case. I have discussed this with the Plaintiff who has consented, and I attach a copy of the written notice submitted to her today.

Respectfully Submitted,

_____
F. Douglas Hartnett (M.D. Bar No. 466851)
1421 Van Buren Street, NW
Washington, D.C. 20012
(202) 882-8348 or 408-0034 x136
Counsel for Plaintiff

Dated: May 1, 2003

Certificate of Service for Motion to Withdraw as Counsel

Ms. Regina Page
305 Whittier Street, NW
Washington DC 20012
(202) 726-5921

Dear Regina:

     As per our discussion last week, I regretfully inform you that I will not be able to continue as you counsel in Civil No. AMD 03-105, *Page v. Honeywell Technology Solutions, Inc.*, effective immediately upon the Court's approval of the attached motion.

     I was glad our meeting with Jim Klimaski from Klimaski & Associates went well yesterday and know that he will do an excellent job representing you once you are able to execute your agreement with him. This notice and motion should be sufficient to get an extension on the mediation date should you and Jim decide that is necessary. You can send in a copy to Judge Schulze, the Magistrate Judge at the Greenbelt Courthouse, at the address on the mediation letter they sent us both.

     In the event that Jim does not file an appearance within the next week or so, you will need to inform the clerk of the court that you are proceeding pro se.

     I wish you the best of luck, and again apologize that I must with draw from this case. Please be assured that if there was any way I could remain, I would do so. Feel free to contact me or have Jim contact me in the future if you have any questions.

Sincerely,

F. Douglas Hartnett