**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**JILLYN K. SCHULZE**
**UNITED STATES MAGISTRATE JUDGE**

**6500 CHERRYWOOD LANE**
**SUITE 335A**
**GREENBELT, MARYLAND 20770**
**(301) 344-0630**
**Fax:  (301) 344-0629**

May 9, 2003

F. Douglas Hartnett, Esquire
Government Accountability Project
1421 Van Buren St NW
Washington DC 20012

Grace E. Speights, Esquire
MORGAN LEWIS & BOKIUS LLP
1111 Pennsylvania Ave NW
Washington DC 20004

> Re:  *Regina Page v. Honeywell Technology Solutions, Inc.*
> Civil No. AMD 03-105

Dear Counsel:

Pursuant to the withdrawal of Plaintiff's counsel (Paper No. 14), the settlement conference previously scheduled for **May 12, 2003** at **10:30 a.m.** has been canceled and will be rescheduled at a future date.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/S/

Jillyn K. Schulze
United States Magistrate Judge